UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
Danyarov,                                                    :
                                                             :
                    Plaintiff,                               :    ORDER OF DISCONTINUANCE
                                                             :
          - against -                                        :
                                                             :    1:17-cv-07530-ENV-RLM
Transworld Systems Inc,                                      :
                                                             :
                    Defendants.                              :
                                                             :
-------------------------------------------------------------X

VITALIANO, D.J.

   The Court having been advised that this action has been settled,

   Therefore, this action is discontinued without cost and with prejudice, except as to the right to reopen the action if the settlement is not consummated.

   The Clerk is directed to close this case.

          SO ORDERED.

DATED:    Brooklyn, New York
          6/25/2018

                                                             S/Eric Vitaliano
                                                             _____
                                                             ERIC N. VITALIANO
                                                             U.S.D.J.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARTEM DANYAROV, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>TRANSWORLD SYSTEMS INC.<br><br>Defendant. | Case No. 1:17-cv-07530-ENV-RLM<br><br>**STIPULATION OF SETTLEMENT AND DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s), that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         April 24, 2018

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law, P.C.
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
(929) 575-4175
Fax: (929) 575-4195
Email: Joseph@jmizrahilaw.com
*Attorney for Plaintiff*

By: /s/ Aaron R. Easley
Aaron R. Easley, Esq.
Sessions Fishman Nathan & Israel LLC
3 Cross Creek Drive
Flemington, NJ 08822
908-237-1660
Fax: 908-237-1663
Email: aeasley@sessions.legal
*Attorney for Defendant*